# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

CHRISTOPHER TILLMAN,

      Plaintiff,

-vs-                                Case No. 6:06-cv-570-Orl-19DAB

JAMES MCDONOUGH, R. EDWARDS,
MIRIAM HOLCOM, DEBORAH
RICHARDSON, et al.,

      Defendants.

## ORDER OF DISMISSAL

On May 2, 2006, the Court ordered Plaintiff to refile his civil rights complaint on the approved form within eleven days from the date of the Order (Doc. No. 4). Further, the Court notified Plaintiff that the failure to do so would result in the dismissal of the action without further notice. As of the date of this Order, Plaintiff has failed to comply.

Accordingly, it is now **ORDERED AND ADJUDGED** that this case is hereby **DISMISSED** without prejudice. The Clerk of the Court is directed to close this case.

**DONE AND ORDERED** at Orlando, Florida, this ____19th_____ day of May, 2006.

_____
PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Dockets.Justia.com

Copies to:
pslc 5/19
Christopher Tillman